■ CHRISTINE NUZZO, Respondent, v JOSEPH CASTELLANO et al., Appellants. [678 NYS2d 118] —In an action to recover damages for personal injuries, the defendants appeal from a judgment of the Supreme Court, Kings County (G. Aronin, J.), entered August 6, 1997, which, upon a jury verdict finding them to be 75% at fault in the happening of the occurrence, is

in favor of the plaintiff and against them in the principal sum of $313,521.

Ordered that the judgment is reversed, on the law, with costs, and the matter is remitted to the Supreme Court, Kings County, for a new trial on the issue of damages only.

The Supreme Court committed reversible error by allowing a plaintiff's expert, who had not physically examined the plaintiff, to testify as to a diagnosis of the plaintiff's back injury based, for the most part, on magnetic resonance imaging (hereinafter MRI) films which were not in evidence (*see, Hambsch v New York City Tr. Auth.,* 63 NY2d 723). Contrary to the plaintiff's contention, the MRI was not used merely to confirm the expert's opinion formed out of information from other sources but instead was used as a basis for her opinion (*cf., Pegg v Shahin,* 237 AD2d 271; *Karayianakis v L & E Grommery,* 141 AD2d 610). Accordingly, a new trial on the issue of damages is warranted (*see, Whalen v Avis Rent A Car Sys.,* 138 Misc 2d 959). Mangano, P. J., Sullivan, Florio and McGinity, JJ., concur.